United States District Court
District of Connecticut
FILED AT BRIDGEPORT

11-22 2004

Kevin F. Rowe, Clerk

*Granted. So ordered.* (11-22) [signature]

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | :CRIMINAL NO. 3:01CR162(SRU) |
| v. | : |
| JAIME MENDEZ | :NOVEMBER 22, 2004 |

## MOTION TO REINSTATE THE INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to reinstate the First Superseding indictment against the defendant JAIME MENDEZ in the captioned matter. In support of the motion, the undersigned represents as follows:

1. The defendant was charged in the District of Connecticut in the captioned matter with conspiracy to possess with the intent to distribute more than 5 kilograms of cocaine in violation of Title 21, United States Code, Sections 841(a)(1)(A) and 846. The defendant was also charged in state court in Massachusetts with a narcotics offense arising out of the same incident, a car stop on the Massachusetts Turnpike on October 26, 2000, which in part gave rise to the federal charge.[1]

2. The defendant proceeded to trial on the state case in Massachusetts and was convicted. Based upon the conviction, the undersigned moved to dismiss the indictment in this matter against the defendant without prejudice subject to his conviction being affirmed in Massachusetts. The Government's motion to dismiss allowed for reinstatement of the indictment in this matter in the District of Connecticut if the defendant challenged his conviction on appeal

---

[1] The defendant was stopped in a motor vehicle which contained 10 kilograms of cocaine.