UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> PLAINTIFF | ) <br> ) <br> ) | **CRIMINAL NO.: 3:04cr219 (SRU)** |
| **V.** | ) <br> ) <br> ) | |
| **JAIME MENDEZ** <br> DEFENDANT | ) <br> ) <br> ) <br> ) | **February 7, 2005** |

## MOTION TO CONTINUE SENTENCING

The Defendant, **JAIME MENDEZ**, through counsel, hereby moves this Honorable Court, to continue the sentencing currently scheduled for February 10, 2004 to February 25, 2005, and states in support the following:

1. That counsel for the Defendant has just recently received the Supreme Court's decision rendered in <u>**USA v. Booker**</u>, *543 U.S. _____ , 2005 WL 50108 (January 12, 2005)* and the subsequent decision in <u>**USA v. Crosby**</u>, *____ F.3d _____, 2005 WL _____ (2ⁿᵈ Cir. 2005)* and requires additional time in which to meet with the Defendant and discuss the implications of said decisions in the instant matter.

2. That this is the Defendant's first request for continuance in this matter.

3. That the undersigned spoke with the Defendant, and he has agreed to this motion and affirmatively waives his rights under the Speedy Trial Act. On February 7, 2005, a

Waiver of Speedy Trial has been forwarded to the Defendant and will be filed immediately upon receipt.

4.      That the undersigned has been in contact with Assistant U.S. Attorney Robert Appleton, and is unable to ascertain his position with respect to this motion.

WHEREFORE, Defendant prays this Court enter an Order to continue sentencing from February 10, 2005 to February 25, 2005.

> THE DEFENDANT
> **JAIME MENDEZ**
>
> BY: _____
>        MICHAEL S. HILLIS
>        DOMBROSKI, KNAPSACK & HILLIS, LLC
>        129 Whitney Avenue
>        New Haven, CT 06510
>        (203) 624-9096
>        Bar #: ct11867

## CERTIFICATION

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 7th day of February, 2005, to the following counsel:

**ROBERT APPLETON, AUSA**
Office of the U.S. Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

**CHAMBERS OF THE STEFAN R. UNDERHILL**
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

_____
MICHAEL S. HILLIS