**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>　　PLAINTIFF 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>**V.** 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>**JAIME MENDEZ** 　　　　　　　　)<br>　　DEFENDANT 　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　) | **CRIMINAL NO.: 3:01cr162 (SRU)**<br><br><br><br>**March 3, 2005** |

## MOTION TO CONTINUE SENTENCING

　　　The Defendant, **JAIME MENDEZ**, through counsel, hereby moves this Honorable Court, to continue the sentencing currently scheduled for March 9, 2005 to the week of April 4, 2005, and states in support the following:

　　　1.　　That on the November 19, 2004 change of plea, the Government agreed on the record in front of his Honor William I. Garfinkel that when the Defendant successfully changed his plea, the State of Massachusetts would dismiss its pending matter known as <u>State of Massachusetts v. Jaime Mendez</u>.

　　　2.　　That the Defendant changed his plea contingent on said agreement.

　　　3.　　That the undersigned learned that the State of Massachusetts is leaving the matter pending until the outcome of the Defendant's sentencing hearing.   Through the Defendant's Massachusetts counsel, Robert LeRoy, prosecuting attorneys for the State of

Massachusetts indicated that should Mr. Mendez's sentence be deemed unsatisfactory in light of the Supreme Court decision in United States v. Booker, the State would proceed in its prosecution of the Defendant.

     4.     The undersigned requests that sentencing be continued until the week of April 4, 2005, in order to allow the Government additional time in which to discuss same with the prosecuting authorities for the State of Massachusetts.

     5.     That the undersigned has been in contact with Assistant U.S. Attorney Robert Appleton, and is unable to ascertain his position with respect to this motion.

     WHEREFORE, Defendant prays this Court enter an Order to continue sentencing from March 9, 2005 to the week of April 4, 2005.

                                  THE DEFENDANT
                                  **JAIME MENDEZ**

                       BY: _____
                                MICHAEL S. HILLIS
                                DOMBROSKI, KNAPSACK & HILLIS, LLC
                                129 Whitney Avenue
                                New Haven, CT 06510
                                (203) 624-9096
                                Bar #: ct11867

## **CERTIFICATION**

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 3rd day of March, 2005, to the following counsel:

**ROBERT APPLETON, AUSA**
Office of the U.S. Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

**CHAMBERS OF THE STEFAN R. UNDERHILL**
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

                                                MICHAEL S. HILLIS