**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
|     **PLAINTIFF** | ) | **CRIMINAL NO.: 3:01cr162 (SRU)** |
| | ) | |
| **V.** | ) | |
| | ) | |
| | ) | **April 1, 2005** |
| **JAIME MENDEZ** | ) | |
|     **DEFENDANT** | ) | |
| _____ | ) | |

<u>**MOTION TO CONTINUE SENTENCING**</u>

The Defendant, **JAIME MENDEZ**, through counsel, hereby moves this Honorable Court, to continue the sentencing currently scheduled for April 6, 2005 to May 13, 2005, and states in support the following:

1.      That on the November 19, 2004 change of plea, the Government agreed on the record in front of his Honor William I. Garfinkel that when the Defendant successfully changed his plea, the State of Massachusetts would dismiss its pending matter known as <u>State of Massachusetts v. Jaime Mendez</u>.

2.      That the Defendant changed his plea contingent on said agreement.

3.      That through the Defendant's Massachusetts counsel, Robert LeRoy, prosecuting attorneys for the State of Massachusetts indicated that the State will be moving for dismissal of its pending matter against the Defendant on April 15, 2005.

4.     That on April 12, 2005, the undersigned is scheduled for trial in the matter of **United States of America v. Shoreline Mitsubishi**, 3:02cr341 (EBB).   Said trial is scheduled to last through the first two weeks of May, 2005.

5.     That on May 3, 2005, the undersigned is scheduled for jury selection in the matter of **United States of America vs. Andrew Blair**, 3:04cr146 (MRK), with trial to commence on May 23, 2005.

6.     The undersigned requests that sentencing be continued until May 13, 2005, in order to allow for the State of Massachusetts to dismiss its pending matter against the Defendant, and to allow for counsel's availability.

7.     That the undersigned spoke with the Defendant, and he has agreed to this motion and affirmatively waives his rights under the Speedy Trial Act.   On April 1, 2005, a Waiver of Speedy Trial has been forwarded to the Defendant and will be filed immediately upon receipt.

8.     That the undersigned has been in contact with Assistant U.S. Attorney Robert Appleton, and is unable to ascertain his position with respect to this motion.

WHEREFORE, Defendant prays this Court enter an Order to continue sentencing from April 6, 2005 to May 13, 2005.

THE DEFENDANT
**JAIME MENDEZ**

BY: _____

MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS, LLC
129 Whitney Avenue
New Haven, CT 06510
(203) 624-9096
Bar #: ct11867

## <u>CERTIFICATION</u>

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 1st day of April, 2005, to the following counsel and parties of record:

**ROBERT APPLETON, AUSA**
Office of the U.S. Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

**CHAMBERS OF THE STEFAN R. UNDERHILL**
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

**RAY LOPEZ, USPO**
Office of U.S. Probation
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

_____
MICHAEL S. HILLIS