AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

**JAIME MENDEZ**

APPEARANCE

FILED
2005 MAY -3 P 3: 56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DOCKET NUMBER: 3:01CR162(SRU)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

MAY 3, 2005
DATED

_____
SIGNATURE
JAMES K. FILAN, JR.
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct15565
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY           STATE           ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to Michael S. Hillis, Esq., 129 Whitney Avenue, New Haven, Connecticut 06510, this 3rd day of May, 2005.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY