Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

_____ District of **Connecticut**

United States of America

v.

Jaime Mendez

Docket No.: **3:01cr162 (SRU)**
**Hon. Stefan R. Underhill**
(District Court Judge)

Notice is hereby given that **Jaime Mendez** appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [_____] _____ **Sentencing**
(specify)

entered in this action on **May 17, 2005**.
(date)

Offense occurred after November 1, 1987    Yes [ ___ ]    No [ ____ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    No [ ____ ]

Date **May 25, 2005**
TO _____

**Michael S. Hillis**
(Counsel for Appellant)
Address **Dombroski, Knapsack & Hillis LLC**
**205 Whitney Avenue**
**New Haven, Connecticut 06511**
Telephone Number: **203-624-9096**

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ x ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _____    DATE **May 25, 2005**

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02