**IMPORTANT NOTICE TO CJA ATTORNEYS**
**AND TRIAL ATTORNEYS OF CRIMINAL DEFENDANTS**

THE COURT OF APPEALS IS CONTINUING YOU AS ATTORNEY ON APPEAL PURSUANT TO LOCAL RULE 4(b).

PLEASE KNOW THAT YOU MAY BE SUBJECT TO DISCIPLINE, INCLUDING FINES, SUSPENSION OR DISBARMENT, IF YOU IGNORE THE RULES OF THE COURT OF APPEALS. WE ARE CONFIDENT THAT THIS WILL NOT OCCUR, BUT OUT OF AN ABUNDANCE OF CAUTION ARE PROVIDING YOU WITH THIS ADVANCE WARNING.

THE COURT OF APPEALS WILL CONTINUE YOU AS THE ATTORNEY ON APPEAL **EVEN IF** THE DEFENDANT FILES AN APPEAL PRO SE.

THE DISTRICT COURT **HAS NO AUTHORITY TO RELIEVE YOU ON APPEAL** AND SUCH ORDERS OF THE DISTRICT COURT ARE INEFFECTIVE.

IF YOU WISH TO BE RELIEVED ON APPEAL **YOU MUST MAKE A MOTION TO THE COURT OF APPEALS.**

> ATTORNEYS IN CRIMINAL CASES WHO DO NOT COMPLY WITH THE RULES OF THE COURT OF APPEALS, ESPECIALLY WITH REGARD TO THE TIMELY FILING OF BRIEFS, MAY BE SUBJECT TO DISCIPLINE, **INCLUDING FINES OR DISBARMENT.**

DO NOT PERMIT YOUR APPEAL TO LAPSE BECAUSE YOUR CLIENT HAS DECIDED NOT TO PURSUE IT; YOU WILL BE CONSIDERED TO HAVE ABANDONED THE APPEAL AND BE SUBJECT TO DISCIPLINE. CAREFULLY NOTE THE RULES WITH REGARD TO **WITHDRAWAL** OF SUCH AN APPEAL.

COMPLETE INSTRUCTIONS AND FORMS FOR CJA APPOINTMENTS ON APPEAL ARE AVAILABLE ON THE CIRCUIT'S WEBSITE AT http://www.ca2.uscourts.gov, UNDER THE CLERK'S OFFICE/CJA MATERIALS LINK.

PLEASE NOTE: If you are retained counsel and are not continuing the appeal because your client cannot afford the fee, you may move to be appointed pursuant to the CJA in the Court of Appeals and the Court will pay you, providing the defendant qualifies. You need not be on the Court's CJA Panel to be appointed if you represented the defendant below.

December 1999