

D. Conn. *-NHCT*
01-cr-162
Underhill, J.
Garfinkel, Mag. J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 13th day of July, two thousand six,

Present:

> Hon. John M. Walker, Jr,.
> *Chief Judge,*
> Hon. Dennis Jacobs,
> Hon. Chester J. Straub,
> *Circuit Judges.*



---

United States of America,

> Appellee,

> v.                                                          05-2578-cr

Jaime Mendez,

> Defendant-Appellant.

---

Defendant-Appellant, through counsel, appeals the judgment of the district court sentencing him to a term of imprisonment. The Government moves this court to summarily affirm the judgment. Upon due consideration, it is ORDERED that the motion is granted.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Karen ___*

DEPUTY CLERK

SAO-HZ

ISSUED AS MANDATE:  8/3/06