UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| JAIME MENDEZ | : | CASE NO. | 3:01CR162(SRU) |
| | : | | 3:07CV1078(SRU) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| UNITED STATES OF AMERICA | : | October 19, 2007 | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, through the undersigned Assistant United States Attorney, hereby moves for an extension of time to respond to the Court's order to show cause concerning the petitioner's petition under 28 U.S.C. § 2255. The reason for this request is that the attorney assigned to respond to the petition recently left the U.S. Attorney's Office. As a result, the matter undersigned has been assigned to respond to the petition and needs additional time to investigate the claims made therein and to respond appropriately.

Accordingly, the Government requests an additional 60 days, through and including December 18, 2007, to respond to the petition. The Court has granted one prior request by the Government for extension of time.

Because the petitioner is currently incarcerated and is proceeding *pro se* in this matter, the Government has not ascertained the petitioner's position on this request. The Government has no objection to the petitioner being granted additional time to file any reply to the Government's response, as may be needed.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/S/
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT26654
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000

## CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing GOVERNMENT'S MOTION FOR EXTENSION OF TIME to be sent by first-class mail to the following on October 19, 2007:

JAIME MENDEZ
INMATE # 14494-014
CI MOSHANNON VALLEY
CORRECTIONAL INSTITUTION
P.O. BOX 2000
PHILIPSBURG, PA 16866

/S/_____
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY